UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRETT STEININGER,<br><br>                                      Plaintiff,<br><br>                 -v-<br><br>TRIBUNE BROADCASTING COMPANY, LLC., et al.,<br><br>                                      Defendants. | 19 Civ. 3644 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

A case management conference in this case is scheduled for **July 28, 2020 at 11 a.m.**

Dkt. 36.  In light of the public health situation, this conference will be a telephonic conference.

The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter

Access Code 468-4906, followed by the pound (#) key.  **Counsel are directed to review the**

**Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at

https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic

conferences and for instructions for communicating with chambers.

If the parties have resolved this matter, they are to promptly notify the Court via letter.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 24, 2020
          New York, New York