UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRETT STEININGER,

Plaintiff,

-v-

TRIBUNE BROADCASTING COMPANY, LLC, et al.,

Defendants.

19 Civ. 3644 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated at today's conference, the expert discovery deadline of September 18, 2020, Dkt. 36, is extended until November 13, 2020.  A case management conference is scheduled for December 11, 2020 at 10:30 a.m.  No later than December 4, 2020, the parties are to file a joint letter stating whether they both consent to a bench trial.

By separate order, the Court will refer this case to the Hon. Debra C. Freeman, Magistrate Judge, for a settlement conference.  One week in advance of the settlement conference, plaintiff is to furnish defendants with his export reports relating to damages and any requested medical records related to damages.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: July 28, 2020
New York, New York