UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRETT STEININGER,

                            Plaintiff,                    19 Civ. 3644 (PAE)

         -v-

TRIBUNE BROADCASTING COMPANY, LLC, WPIX,          ORDER
LLC, and CHRISTOPHER S. TZIANABOS,

                            Defendants.

PAUL A. ENGELMAYER, District Judge:

      At today's conference, the Court set the following schedule for the submission of pretrial materials: the Joint Pretrial Order and motions *in limine* are due May 14, 2021; oppositions to motions *in limine* are due May 21, 2021. After receiving the Joint Pretrial Order, the Court will set a date for the final pretrial conference.

      The Court schedules trial to begin on September 20, 2021, subject to the possibility that, with jury trials being centrally scheduled in light of the pandemic, this case may or may not be assigned that date.

      The parties may continue to rely on the July 28, 2020 order referring the case to Judge Freeman for settlement. *See* Dkt. 40. The parties are encouraged to contact promptly Judge Freeman to schedule a settlement conference.

SO ORDERED.

                                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: March 31, 2021
         New York, New York