UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRETT STEININGER,<br><br>                              Plaintiff,<br>        -v-<br><br>TRIBUNE BROADCASTING COMPANY, LLC, WPIX, LLC, and CHRISTOPHER S. TZIANABOS,<br><br>                             Defendants. | 19 Civ. 3644 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

A final pretrial conference is hereby scheduled for June 18, 2021 at 3 p.m. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 19, 2021
       New York, New York