UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRETT STEININGER,

                        Plaintiff,

-v-

TRIBUNE BROADCASTING COMPANY, LLC, WPIX, LLC, and CHRISTOPHER S. TZIANABOS,

                        Defendants.

19 Civ. 3644 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This case has been placed on the jury trial list for September 20, 2021. The case must be trial-ready for that date. The case is third on the list for jury trials for that day. This means that the case will not proceed on September 20, 2021 if either of the other two trials scheduled for that date goes forward. If the case cannot proceed on the scheduled date, the Court will seek another jury trial date for as soon as possible thereafter. As soon as the Court confirms that the matter will proceed on September 20, 2021, it will inform the parties.

Given the trial date, the Court finds that a conference closer to the trial date would be more productive. Accordingly, the final pretrial conference currently scheduled for June 25, 2021 at 4 p.m. is rescheduled for July 21, 2021 at 3 p.m. That conference will be held in-person, in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. The conference participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain entry to the courthouse for the conference.

The Court will resolve defendants' pending motion *in limine* by separate order.

SO ORDERED.

                                                                              $\underline{\qquad\text{Paul A. Engelmayer}\qquad}$
                                                                              PAUL A. ENGELMAYER
                                                                              United States District Judge

Dated: June 17, 2021
       New York, New York