

# DEREK SMITH
# LAW GROUP, PLLC
Employment Lawyers Representing Employees Exclusively

**New York | Los Angeles | Philadelphia | Miami | New Jersey**

June 18, 2021

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2201 New York, New York 10007

**Re: *Brett Steininger v. Tribune Broadcasting, et al.*, 19-CV-3644 (PAE)**

Dear Judge Engelmayer:

As Your Honor is aware, we represent Plaintiff in the above referenced matter.

Your Honor recently ordered a final pretrial conference for July 21, 2021. (ECF Dkt. No. 68). Plaintiff's counsel will be out-of-state that week on a pre-planned family trip.

Thus, if possible, we would respectfully request the final pretrial conference be converted to a telephonic and/or video conference. Alternatively, Plaintiff seeks to adjourn the scheduled conference to a later date. After conferring with opposing counsel, we are both available July 26, 29, and 30th.

We thank Your Honor in advance for your consideration.

Respectfully Submitted,

**DEREK SMITH LAW GROUP, PLLC**

*/s/ Alexander G. Cabeceiras*
Alexander G. Cabeceiras, Esq.
One Penn Plaza, Suite 4905
New York, New York 10119

The Court will adjourn the conference until July 26, 2021 at 2 p.m. The Court will also convert the conference to a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

June 22, 2021

NYC Office Address: One Penn Plaza, Suite 4905 New York, NY 10119| Tel: 212-587-0760| Fax: 212-587-4169
www.discriminationandsexualharassmentlawyers.com