UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRETT STEININGER,

                              Plaintiff,

-v-

TRIBUNE BROADCASTING COMPANY, LLC, WPIX, LLC, and CHRISTOPHER S. TZIANABOS,

                              Defendants.

19 Civ. 3644 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At yesterday's conference, the Court resolved defendants' motion *in limine*. The Clerk of Court is respectfully directed to terminate the motion pending at docket 65.

The Court also directed counsel to submit, by July 30, 2021, a letter indicating any periods of unavailability for trial in the fourth quarter of 2021.

Finally, the Court directed the parties, by August 27, 2021, to submit a joint letter (1) attaching any exhibits to which a party has objected in the joint pretrial order; and (2) for each exhibit, setting out (a) the basis for the objection, and (b) the proponent's response.

SO ORDERED.

                                                       *Paul A. Engelmayer*
                                                       PAUL A. ENGELMAYER
                                                       United States District Judge

Dated: July 27, 2021
       New York, New York