UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRETT STEININGER,

                     Plaintiff,

          -v-

TRIBUNE BROADCASTING COMPANY, LLC, WPIX, LLC, and CHRISTOPHER S. TZIANABOS,

                     Defendants.

19 Civ. 3644 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The criminal trial which had priority over this case for a jury trial beginning September 20, 2021 has been adjourned to a later date. Accordingly, trial in this case will begin on September 20, 2021.

The Court hereby schedules a final pretrial conference for Thursday, September 9, 2021, at 3:00 p.m. Unless otherwise notified, the conference will be held in person in the Court's regular courtroom, Courtroom 1305, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Counsel should also arrange a tech walkthrough with the Court's chambers prior to trial. Chambers can be reached at EngelmayerNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

                                               *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: August 2, 2021
         New York, New York