UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRETT STEININGER,

                             Plaintiffs,

            -v-

TRIBUNE BROADCASTING COMPANY, LLC ET AL

                             Defendants.

19 Civ. 3644 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received a letter from plaintiff requesting reconsideration of its bench ruling barring examination at trial eliciting (1) a prior claim of an unspecified type of harassment made informally against defendant Tzianabos; and (2) an age discrimination claim brought against defendant Tzianabos by another WPIX-Tribune employee. Dkt. 78. In the interest of obtaining a complete record on this point, the Court directs defendants to respond to plaintiff's letter by the close of business on September 15, 2021. The Court does not invite reply.

    For the avoidance of doubt, the Court does not presently anticipate changing its ruling, which stands unless and until an order stating otherwise issues.

    SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  Paul A. Engelmayer
                                                  United States District Judge

Dated: September 14, 2021
       New York, New York