UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
BRETT STEININGER,                                                       :
                                                                        :
           -v-                                                    :      19-CV-3644 (PAE)
                                                                        :
TRIBUNE BROADCASTING COMPANY, LLC ET AL,                                :      ORDER
                                                                        :
                     Defendants.                                    :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       Attached to this Order are the following:

- Exhibit 1: The notes sent by the jury during its deliberations.

       SO ORDERED.

Dated: September 29, 2021
       New York, New York

                                           PAUL A. ENGELMAYER
                                           United States District Judge

**EXHIBIT 1**

Judge,

We need clarification on how to decide if Plaintiff's being Jewish was a motivating factor in WPIX's decision to take the adverse employment action.

Thank you —

Juror #8

9/27/21

Judge,

we believe as a jury that we are completly deadlocked.

Thank you,

Juror #8

Judge,

We continue to be completely deadlocked, even on questions #2 — #8.

Thank you,

Juror #8

Judge,

Can we move on to make other decisions if we are deadlocked on question 1?

Thank you,

Juror #8

9/27/21

Judge,

Can we please get a copy of Chris Wayland's testimony?

Thank you,

Juror #8

9/29/21

Judge,

Can we have a copy of Ashlie Presler's deposition?

Thank you,

Juror #8

9/27/21

Judge,

Can we have Dr. Boudin's cross-examination testimony? And Nancy Borbosa's testimony.

Thank you!

Juror #8

9/28/21

Judge,

We continue to be completely deadlocked and we don't see any path toward a unanimous verdict.

Thank you,

Juror #8


JURY NOTE 9